Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)



# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

Eastern Division

| | |
|---|---|
| Co. , Blake Mc Farlane, Mi. e, La'Deja Crawford and Tomika Jones-Mc Farlane | Case No. 1:19 CV 146 |
| ) | (to be filled in by the Clerk's Office) |
| ) ) ) | |
| *Plaintiff(s)* | Jury Trial: *(check one)* ☐ Yes ☑ No |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |
| –v– | |
| The City of Cleveland Police Department The Justice Center Municipal Court and Cuyahoga County Court | JUDGE NUGENT |
| | MAG. JUDGE BAUGHMAN |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | C, M, La' Deja Crawford and Tomika Jones-Mc Farlane |
| Address | 5206 Stickney Avenue |
| | Old Brooklyn OH 44144 |
| | City State Zip Code |
| County | Cuyahoga |
| Telephone Number | C.216-612-5971,M 216-577-8884, L 216-577-0948,T305-206-6470 |
| E-Mail Address | crawfordladeja@yahoo.com, tomikajonesmcfarlane@yahoo.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | City Of Cleveland Police Department |
| Job or Title *(if known)* | (All) |
| Address | 1300 Ontario Street |
| | Cleveland OH 44112 |
| | City State Zip Code |
| County | Cuyahoga |
| Telephone Number | 216-623-5200 |
| E-Mail Address *(if known)* | |

☐ Individual capacity  ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Cuyhaoga Municipal Court |
| Job or Title *(if known)* | |
| Address | Mailing Address: P.O. Box 94894 44101 - 4894 |
| | Cleveland OH 44101 |
| | City State Zip Code |
| County | Cuyahoga |
| Telephone Number | 216-664-4299 |
| E-Mail Address *(if known)* | |

☐ Individual capacity  ☑ Official capacity

Defendant No. 3

    Name

    Job or Title *(if known)*

    Address

|  | City | State | Zip Code |
|---|---|---|---|

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Address

|  | City | State | Zip Code |
|---|---|---|---|

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? I was beaten up at Speedway Gas Station on 01/19/2017, by 2nd disrtict police officer's Hernandez badge #605 and Olup Badge # 963 as retaliation from trying to make a police report on 01/13/2017for my computer being hacked and my car beind vandalized. The toed my car for no reason, took my to the hospital without my consent, never called an ambulance, beat me on conscious they edited the vidoe's.I was arrested on April 18, 2018 at the Prosecutor's Office dragged and grabbed by serveral officer's and

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

I am mentally disabled which is a protected class under state, local and federal laws. The Cleveland police Departments followed me, drove past my house on serveral occassions, use the housing department to harass me try to gain access to my home to write violation up, Harassment is any form of discrimination and refers to unwelcolmed verbal visual or physical conduct that denigrates or show hostility disrepect or aversion towards an individual or group protected class. I file police reports and

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?
(01/ 19-20/2017) at the Speedway Gas Station at 7250 Brookpark Rd, Cleveland, OH 44129

The Justice Center at 1200 Ontario Avenue, Cleveland, Ohio 44113, from 11/08/ 2016 until current

Highway 176 at the Denison & harvard exit

B.   What date and approximate time did the events giving rise to your claim(s) occur?
January 19-20, 2017
November 08, 2016 until current
March 12, 2017

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
I was beaten on conscious at the Speedway Gas Station at 7250 Brookpark Rd, Cleveland, Ohio, 44129, On January 19-20, 2017, as retaliation for trying to make a police report about my car being vadalized and my computer being hacked by Cherise Nickens who stole my credit card information.NO Ambulance called, took me to the hospital without my permission, towed my vehicle, detained me in jail for 8-12hours in duration. Refuse me the Right to phone call. Release me without any paper work to prove where I had been. Never read me any rights or explain to me why I was there. Arrested by Officer Hernandez badge number 609 and Oulp badge number 963 who responded to my house (6) six days prior on January 13, 2017 and refuse to make any reports. i then asked for a Supervisor to respond. Sargent Ross came out and also refuse to all me the right to make any reports. The when they seen me at the Speedway Gas Station they beat me up. Which was edited out of the video's they the gave me from the Law Department. The Cleveland Municipal Courts never listened to me nor help me knowing i was a protected class individual who has mental disablities. Bullied by Pinkie Car, Charles Patton as well as other entities throught the justice Center, Public Defender never really tried to help or defend me or my Civil Rights

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Concussion, Concussion syndrome, neck and back injuries, shoulder pain as well as tingling in my arms and legs, fracture leg, muscle strain, mental distress, wanted to commit suicide on several occassion, my daughter tried to kill her self as well cutting on her body to try to alleviate the pain, divsion of my family, pain and suffering. In the mental hospital because of all the stress, doctor visits, counceling and therapy, pain management, incresed medictions, loss of vehicle totaled,

## V.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Mental Anguish, Negligent Infliction of Emotional Distress, Wrongful Inprisoned, Loss of Wages, Pain & Suffering as well as others. I am suing in the amount of five million dollars plus attorney fee's

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          01/17/2019

Signature of Plaintiff

Printed Name of Plaintiff     Coreen, Michelle, Blake Mc Farlane, La'Deja Crawford, Tomika Jones-McFarlane

### B.    For Attorneys

Date of signing:     01/18/19

Signature of Attorney

Printed Name of Attorney     Steve Potter

Bar Number

Name of Law Firm

Address          5910 Landerbrook Dr

| | | |
|---|---|---|
| Beachwood | OH | 44124 |
| City | State | Zip Code |

Telephone Number     (440) 544-1105

E-mail Address